| STATE OF INDIANA | ) | IN PORTER SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: | SITTING AT VALPARAISO |
| COUNTY OF PORTER | ) | PORTER COUNTY, INDIANA |

| CARISSA LITTLE, | ) | |
| --- | --- | --- |
|  | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
|  | ) | |
| ASIAMAH TRUCKING, LLC, | ) | Cause No:   **64D01-2305-CT-004305** |
| QUIAN C. STANSIL, and | ) | **Porter Superior Court 1** |
| TOTAL QUALITY LOGISTICS, | ) | |
| LLC, | ) | |
|  | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT

Comes now the Plaintiff, Carissa Little, by counsel, Schafer & Schafer, LLP, and Giorgi & Bebekoski, LLC, and for her cause of action against the Defendants, Asiamah Trucking, LLC, Quian C. Stansil, and Total Quality Logistics, LLC, or collectively ("Defendants") alleges and states as follows:

## COUNT I

1. That at all times relevant to this action, the Plaintiff, Carissa Little, was a resident of Valparaiso, Porter County, Indiana, and remains presently a resident of Porter County, Indiana.

2. That at all times relevant to this action, the Defendant, Quian C. Stansil was a resident of Valparaiso, Porter County, Indiana and remains presently a resident of Porter County, Indiana.

3. That at all times relevant to this action, the Defendant, Asiamah Trucking, LLC, is a limited liability company, with its principal place of business in the State of New York.

4. That at all times relevant herein defendant, Quian C. Stansil, was operating a tractor trailer semi truck in which the tractor was owned and maintained by defendant, Asiamah

1

Exhibit "A"

Trucking, LLC, and operated under US DOT number 3839254, and the trailer was owned by Premier Trailers, LLC, and leased to defendant, Total Quality Logistics, LLC April 5, 2021 for an 18 month period, VIN #3H3V532KXNS282092 and defendants, Asiamah Trucking, LLC, Quian C. Stansil, were permissive users of said trailer.

5.  That at all times relevant herein defendant, Quian C. Stansil, was working within the scope and course of his employment with defendant, Asiamah Trucking, LLC.

6.  That at all times relevant herein defendant, Quian C. Stansil, was the agent, servant and/or employee of defendants, Asiamah Trucking, LLC, and further that at all times relevant herein, said Quian C. Stansil was acting within the course of his agency and the scope of his employment in operating a certain semi-tractor trailer.

7.  That on and prior to August 12, 2022, 1400 N Road was a public road running in a eastbound and westbound direction and US 49 was a road running in a southbound and northbound direction in Crescent Township, Iroquois County, Illinois.

8.  That on or about the 12th day of August, 2022, the Plaintiff, Carissa Little, was a passenger in a semi-tractor and trailer being driven by the Defendant, Quian C. Stansil, traveling eastbound on 1400 N Road at or near its intersection of US Highway 49 in Iroquois County, Illinois.

9.  That Quian C. Stansil was operating his tractor eastbound on county road 1400N as he approached the intersection of US Highway 49.

10. That Quian C. Stansil failed to stop at the traffic control device that controlled traffic at the intersection of county road 1400N and US Highway 49 and proceeded into the intersection failing to yield the right of way to a vehicle traveling southbound and thereby colliding with said vehicle.

11. That defendant, Quian C. Stansil, carelessly, negligently, willfully and wantonly, failed to control his vehicle thereby causing the aforesaid collision, and further, was guilty of one or more of the following wrongful acts or omissions:

   a. Carelessly, negligently, willfully and wantonly failed to maintain a proper and sufficient lookout.

   b. Carelessly, negligently, willfully and wantonly failed to stop for stop sign.

   c. Carelessly, negligently, willfully and wantonly failed to yield the right of way for southbound traffic.

   d. Carelessly, negligently, willfully and wantonly failed to keep his motor vehicle under proper control.

   e. Carelessly, negligently, willfully and wantonly was driving too fast for conditions.

   f. Carelessly, negligently, willfully and wantonly operated his tractor trailer semi truck so as to cause a collision.

   g. Carelessly, negligently, willfully and wantonly failed to follow the Federal Motor Carrier Safety Regulations.

   h. Carelessly, negligently, willfully and wantonly failed to use the care an ordinarily careful person would have used under the same or similar circumstances.

12. That defendants, Asiamah Trucking, LLC, and Total Quality Logistics, LLC carelessly and negligently entrusted the tractor to a driver, Quian C. Stansil who was not qualified or competent to operate said tractor trailer causing the aforesaid collision, and further, was guilty of one or more of the following wrongful acts or omissions:

   a. Carelessly and negligently entrusted the tractor/trailer to defendant Quian C. Stansil when they knew or should have known that defendant Quian C. Stansil was incapable of properly undertaking or completing the task of safely operating said tractor-trailer and/or negligently hired and/or retained the defendant Quian C. Stansil all of which resulted in this accident.

b. Carelessly and negligently failed to follow the Federal Motor Carrier Safety Regulations.

c. Carelessly and negligently failed to use the care an ordinarily careful trucking company would have used under the same or similar circumstances.

13. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendants, plaintiff, Carissa Little, sustained severe and permanent injuries, disfigurement, deformity, scarring, physical pain, mental suffering, is unable to function as a whole person, and has a diminished quality of life.

14. That as a further direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendants, plaintiff, Carissa Little, suffered a spinal cord injury which resulted in permanent paralysis from the waist down, spinal cord injury T7-T12, fractured vertebrae, loss of bowel and urinary function, underwent emergency spinal surgery, and her life has been irreversibly altered and has become liable for past and future medical expenses, loss of wages in the past as well as in the future and impairment of earning capacity, has and will be kept from attending to her ordinary affairs and duties and has suffered great physical pain and suffering and severe mental anguish and depression that accompany such injuries and a general diminishment of the quality of life.

WHEREFORE, plaintiff, Carissa Little, demands judgment against the defendants, Asiamah Trucking, LLC, Quian C. Stansil, and Total Quality Logistics, LLC, or collectively ("Defendants") for such sums as are reasonable in the premises, for compensatory and punitive damages, for costs of this action and for all other just and proper relief in the premises.

Respectfully submitted,

SCHAFER & SCHAFER, LLP

By: /s/Timothy S. Schafer
    Timothy S. Schafer, #59-45
    *Attorney for Plaintiff*

Timothy S. Schafer
Timothy S. Schafer II
Todd S. Schafer
SCHAFER & SCHAFER, LLP
3820 E. U.S. 30
Merrillville, IN 46410
Telephone: (219) 947-1911

Geoffrey G. Giorgi, 16279-49
Izabela Bebekoski, 27734-64
GIORGI & BEBEKOSKI, LLC
1401 East Greenwood Avenue, Suite 100
Crown Point, IN 46307
Telephone: (219) 738-1133

## JURY DEMAND

Plaintiff, Carissa Little, by her counsel, respectfully requests a trial by a jury.

Respectfully submitted,

SCHAFER & SCHAFER, LLP

By: /s/Timothy S. Schafer
    Timothy S. Schafer, #59-45
    *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

  I certify that on the 28th day of August, 2023, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record via the Court's EFS (service only).

          By: <u>/s/ Timothy S. Schafer</u>
             TIMOTHY S. SCHAFER
             Attorney for Plaintiffs